PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
COURTNEY O. CARROLL
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEHMINE T GRICORYAN,<br><br>Defendant. | Case No. 5:21-po-00432-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, Jeffrey A. Spivak, Assistant United States Attorney, and Courtney O. Carroll, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: January 28, 2022                        Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                      United States Attorney

                                       By:   /s/ Jeffrey A. Spivak
                                               JEFFREY A. SPIVAK
                                               Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __**January 28, 2022**__

UNITED STATES MAGISTRATE JUDGE

2